UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

YISANDER RAMIREZ,
                Defendant.

18-CR-669 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The conditions of supervised release applicable to Yisander Ramirez are hereby modified to include the following special condition:

    You will participate in an inpatient treatment program approved by the United States Probation Office for a minimum term of six months, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                                             J. PAUL OETKEN
                                                             United States District Judge