UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>YISANDER RAMIREZ,<br>                       Defendant. | 18-CR-669 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    As ordered during the hearing held on October 20, 2025, the specifications of alleged violations of supervised release by Defendant Yisander Ramirez are hereby DISMISSED and Defendant's term of supervised release is hereby TERMINATED and the Defendant DISCHARGED pursuant to 18 U.S.C. § 3583(e)(1).

    SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                           J. PAUL OETKEN
                                                       United States District Judge